IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF MARCO GOMEZ, Deceased, by DAISY PEREZ, Independent Administrator, | ) ) ) | |
| | ) | Case No. 18-CV-910 |
| Plaintiff, | ) ) | Hon. John F. Kness |
| v. | ) ) | |
| VILLAGE OF FOREST PARK, et al., | ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF DANIEL N. MILLER II

I, Daniel N. Miller II, under penalty of perjury, do declare the following facts are true and correct to the best of my knowledge:

1. On March 27, 2019, I testified in a deposition in this matter. The purpose of swearing this Declaration is to supplement, not contradict, my deposition testimony. The information contained in this Declaration is within my personal knowledge.

2. I am a police officer employed by the Village of Forest Park and was so employed on February 3, 2017.

3. On February 3, 2017, I was carrying my duty weapon—a Glock Model 21 .45 caliber semi-automatic pistol, which was loaded with 13 rounds in the magazine and one round in the chamber. I was also equipped with two additional 13-round magazines.

4. Harlem Avenue is the main thoroughfare between the Village of Oak Park and the Village of Forest Park.

5. The intersection of Jackson Boulevard and Harlem Avenue is only one block from the I-290 Eisenhower Expressway, which, through my experience, I knew to be a common

1

**Exhibit 2**

escape route for individuals fleeing the police from the City of Chicago and its neighboring communities to Chicago suburbs.

6. This is something I considered in going to the area of Harlem and Jackson to look for the gray Jetta that fled from Chicago Police.

7. Attachment A to this declaration is a photograph of the car (the "Jetta") driven on February 3, 2017, by the person I later learned was Marco Gomez.

8. Attachment A reflects that, I fired four shots, two of which entered through the windshield of the Jetta driven by Gomez and two entered through the driver's window.

9. Attachment B to this declaration are three video clips captured by a business's security camera which contains a portion of my encounter with Marco Gomez on February 3, 2017.

10. Attachment B is a true and correct depiction of that portion of the events which occurred on February 3, 2017, which the video was able to capture.

11. In Clip 1, starting at time stamp 06:03:31 p.m., my squad car can be seen coming from Maple Avenue onto Jackson Blvd.

12. In Clip 2, starting at time stamp 06:03:33 p.m., my squad car can be seen driving into the left-hand turn lane at the intersection of Jackson Blvd. and Harlem Ave.

13. In Clip 3, starting at time stamp 06:03:41 p.m., the Jetta can be seen pulling up to the intersection of Jackson and Harlem and a portion of the encounter.

14. Attachment C to this declaration is a Google map of the general area.

15. I have read the foregoing paragraphs, have personal knowledge, am competent to testify; and, if called, would so testify.

2

I declare under penalty of perjury that the foregoing statements are true and correct.


April 5, 2021
Executed on this date

_Daniel N. Miller, II_
Signature

3



EXHIBIT
A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ESTATE OF MARCO GOMEZ, )
Deceased, by DAISY PEREZ, )
Independent Administrator, )       Case No. 18-CV-910
                             )
                Plaintiff,   )       Hon. John F. Kness
                             )
        v.                   )
                             )
VILLAGE OF FOREST PARK, et al., )
                             )
                Defendants.  )

**DEFENDANT MILLERS' RULE 56.1 STATEMENT OF UNCONTESTED FACTS**

# ATTACHMENT B to EXHIBIT 2 (MILLER DECLARATION)

## 3 VIDEO CLIPS



Exhibit
C