## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Daisy Gomez

                Plaintiff,

v.

Daniel Miller, et al.

                Defendant.

Case No.: 1:18–cv–00910
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 4, 2021:

       MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 11/4/2021. The parties reached a settlement agreement subject to being approved by the Village Council. Counsel are to promptly draft the settlement documents for execution. By 11/24/2021, the parties are to send an email to chambers_finnegan@ilnd.uscourts gov, indicating whether the agreement has been approved and whether the parties have executed it. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.