**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | ) |
| | )   **No. 21 D 31** |
| **Andrew Martin Stroth** | ) |
| | )   **(Before the Executive Committee)** |
| **An Attorney** | ) |

## ORDER

Andrew Martin Stroth was admitted to practice before the General Bar of this Court on April 1, 2016 and the Trial Bar of this Court on February 27, 2020. On September 23, 2021, the Illinois Supreme Court entered an order suspending Andrew Martin Stroth from the practice of law for thirty (30) days effective October 14, 2021, ordered to successfully complete the ARDC Professionalism Seminar within one (1) year of the Court's final order of discipline, and reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension and the Executive Committee being fully advised in the premises.

The Committee finds that the Citation ordering Andrew Martin Stroth to inform this Court within fourteen (14) days of receipt of said Citation, of any claim, predicated upon the grounds set forth in Local Rule 83.26(e), that the imposition of discipline by this Court, identical to that imposed by the Illinois Supreme Court, would be unwarranted and the reasons therefore, was served on Andrew Martin Stroth by certified mail; and that Andrew Martin Stroth failed to answer within said time; therefore

IT IS ORDERED that Andrew Martin Stroth is suspended from the practice of law for thirty (30) days, *nunc pro tunc*, October 14, 2021, ordered to successfully complete the ARDC Professionalism Seminar within one (1) year of the Court's final order of discipline, and shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

IT IS FURTHER ORDERED that within twenty-one (21) days of the docketing of this order, Andrew Martin Stroth shall notify by certified mail, return receipt requested, all clients to whom Andrew Martin Stroth is responsible for pending matters before this Court of the fact that the attorney cannot continue to represent them.

IT IS FURTHER ORDERED THAT any password issued to Andrew Martin Stroth for access to the electronic filing system shall be disabled until the attorney is reinstated to active status with this District.

IT IS FURTHER ORDERED that within thirty-five (35) days of the entry of this order, Andrew Martin Stroth shall file with the Clerk of the Court a declaration indicating the address to which subsequent communications may be addressed; and shall keep and maintain records evidencing compliance with this order so that proof of compliance will be available if needed for any subsequent proceeding instituted by or against the attorney.

IT IS FURTHER ORDERED that the Clerk of Court shall post this Order on the docket in every pending case in which the attorney has filed an attorney appearance.

IT IS FURTHER ORDERED that the Clerk of Court shall cause of copy of this Order to be mailed to Attorney Andrew Martin Stroth at Action Injury Law Group, LLC, 191 North Wacker Dr. Suite 2300, Chicago, IL, 60606, the mailing address in the attorney record in CM/ECF.   Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

HON. REBECCA R. PALLMEYER
Chief Judge

Dated: December 3, 2021